IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTHUR JOHNSON, INDIVIDUALLY AND AS TRUSTEE FOR THE JOHNSON FAMILY TRUST, EVA JOHNSON, INDIVIDUALLY AND AS TRUSTEE FOR THE JOHNSON FAMILY TRUST, NANCY JOHNSON, KIM JOHNSON, COMMERCIAL BANK OF SAN FRANCISCO, PETERSON TRACTOR COMPANY, FRED HARR TRUST, SQUIRE JOHNSON, SHINGLETOWN VOLUNTEER FIRE DEPARTMENT, FRANCHISE TAX BOARD, HOUSEHOLD FINANCE CORP., LEO ZWEIG, AND CELIA ZWEIG,<br><br>Defendants. | Civil No.  2:10-cv-01846-JAM-KJM<br><br>**ORDER GRANTING UNITED STATES' MOTION FOR VOLUNTARY DISMISSAL OF PROCEEDINGS PURSUANT TO FED. R. CIV. P. 41(a)(2)** |

Upon review of the pleadings, and for good cause shown, it is hereby ORDERED that the United States' Motion for Voluntary Dismissal of Proceedings Pursuant to Federal Rule of Civil Procedure 41(a)(2) is hereby GRANTED.  These proceedings are dismissed and the Clerk shall close the file.

SO ORDERED.

DATED: September 17, 2010

/s/ John A. Mendez
U. S. District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28